JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendants
TRICAM INDUSTRIES, INC. and
TRICAM INDUSTRIES ASIA, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RICHARDSON,<br><br>                         Plaintiff,<br><br>vs.<br><br>OPTIMA NETWORK SERVICES, MASTEC, INC., MASTEC NETWORK SOLUTIONS, TRICAM INDUSTRIES, INC., TRICAM INDUSTRIES ASIA LTD., and DOES 1 TO 100,<br><br>                         Defendants. | Case No.: 3:15-cv-01152 JD<br><br>**STIPULATION TO REMAND REMOVED ACTION AND ~~PROPOSED~~ ORDER** |

On March 11, 2015, Defendants TRICAM INDUSTRIES, INC. and TRICAM INDUSTRIES ASIA LTD. removed this case to federal court on the basis of diversity jurisdiction. Since doing so, counsel for Defendant OPTIMA NETWORK SERVICES INC. (erroneously sued as "OPTIMA NETWORK SERVICES") has indicated that OPTIMA NETWORK SERVICES INC. is a California corporation. Therefore, the parties agree and stipulate to remand the case to state court on the grounds that counsel for OPTIMA NETWORK SERVICES INC. has indicated OPTIMA NETWORK

///

///

///

///

///

-1-
STIPULATION AND ORDER TO REMAND

SERVICES INC. is the proper name of the company, and that it is a California Corporation.

DATED: April 10, 2015     GOODMAN NEUMAN HAMILTON LLP

By: /s/ Zachary S. Tolson
JOSHUA S. GOODMAN
ZACHARY S. TOLSON
Attorneys for Defendants/Cross-Defendants
TRICAM INDUSTRIES, INC. and
TRICAM INDUSTRIES ASIA, LTD.

DATED: April 10, 2015     LAW OFFICES OF STEVEN A. FABBRO

By: /s/ Steven A. Fabbro
STEVEN A. FABBRO
Attorneys for Plaintiff
JOSEPH RICHARDSON

DATED: April 10, 2015     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Andrew Foster Shi
ANDREW FOSTER SHI
Attorneys for Defendants/Cross-Complainants
MASTEC, INC.; MASTEC NETWORK
SOLUTIONS, INC.; and OPTIMA
NETWORK SERVICES, INC.

IT IS HEREBY ORDERED THAT THE CASE BE REMANDED TO ALAMEDA SUPERIOR COURT.

DATED: April 13, 2015

By: _____
HON. JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE

[APPROVED — Judge James Donato, United States District Court, Northern District of California]

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-
STIPULATION AND ORDER TO REMAND